**Appendix II - Federal Reserve Historic Prime Rates**

| Year | Prime Rate (%)* |
|------|-----------------|
| 1984 | 12.1% |
| 1985 | 9.9% |
| 1986 | 8.3% |
| 1987 | 8.2% |
| 1988 | 9.3% |
| 1989 | 10.9% |
| 1990 | 10.0% |
| 1991 | 8.5% |
| 1992 | 6.3% |
| 1993 | 6.0% |
| 1994 | 7.1% |
| 1995 | 8.8% |
| 1996 | 8.3% |
| 1997 | 8.4% |
| 1998 | 8.4% |
| 1999 | 8.0% |
| 2000 | 9.2% |
| 2001 | 7.0% |
| 2002 | 4.7% |
| 2003 | 4.1% |
| 2004 | 4.3% |
| 2005 | 6.2% |
| 2006 | 8.0% |
| 2007 | 8.1% |
| 2008 | 5.1% |
| 2009 | 3.3% |
| 2010 | 3.3% |
| 2011 | 3.3% |
| 2012 | 3.3% |
| 2013 | 3.3% |
| 2014 | 3.3% |
| 2015 | 3.3% |
| 2016 | 3.5% |
| 2017 | 4.1% |
| 2018 | 4.9% |
| 2019 | 5.3% |
| 2020 | 4.3% |

*These annual interest rates were calculcated by averaging the weekly prime rates downloaded from the Federal Reserve.  Federal Reserve, H.15 Selected Interest Rates, Data Download Program (Apr. 21, 2020), https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H15